| | |
|---|---|
| Case Number: | 17-25844-NVA |
| Petition Filing Date: | 11/27/2017 |
| Plan Filing Date: | 11/27/2017 |
| First Payment: | 12/27/2017 |
| Confirmation Date and Time: | 2/6/2018 2:00 PM |
| Debtor: | KEVIN L MATTHEWS, SR / PAMELA D. MATTHEWS |
| Counsel: | MORGAN W FISHER ESQUIRE |
| Phone #: | 4106266111 |
| E-Mail: | BK@MORGANFISHERLAW.COM |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Jan 11 2018 9:00AM | First Meeting Complete? | Concluded |
| ☐ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☒ Yes | Continued Confirmation Date: | 1/1/1900 |
| Present Creditors: | | ☐ CH7 | ☐ CH13 Year Filed 10 |

| | |
|---|---|
| Performance: | mtge pd<br>pp pd |
| Income/DI: | Household has 5 Sources of Income: (1) H - Ark of Central Chesapeake - Verified net @ $1,525/m vs. 1,132/m on I (difference of $393/m) - Only 1 Stub Provided NEED add'l; (2) W- State of MD: Verified @ $2,342/m net vs. $2713/m on I (difference of $370/m); (3) Pension - VERIFIED; (4) Lyft - NEED; (5) (W) Navy Pension - $100/m NEED to add to I and NEED proof<br><br>H- $1500 net Arc of Central Chesapeake since 14, $1000 Lyft-need stubs, $700 retirement, pension<br>W-State of MD, $100 pension |
| Tax/Refund History: | All returns filed<br>Modest refunds in 2016 - Pro-Rated on I - OK |
| Expense Verification: | $150/m contribution to W's sister-been paying for 5yrs-NEED proof<br>2 Cars: 2008 Toyota-pd off<br>2008 Mazda-pd off |
| Chapter 7 Liqudation: | RE: Annapolitan Lane, TxE, No Equity as Scheduled, NEED POC for Seterus<br>Need FMV of Wife's Interest in FL property of late mother to determine Chap 7 Test |
| Amended Plan: | NEED all DI including Lyft and Navy Pension<br>TX IRS p/c |
| Amended Schedules: | A-add W's interest in mother's FL prop, 1/9th interest in 2.5 acres Panama City, NEED proof of ownership and FMV<br>I/J: Add Lyft ~ $1000/m and Navy Pension ~$100/m |
| Motion/Objections: | |
| Other: | |

Meeting Conducted By: Brian Tucci, Esquire

Reviewed By: Brian Tucci, Esquire

Reviewed Date: 1/24/18

| | | | | |
|---|---|---|---|---|
| Date and Time: 1/1/1900 | 1St Conf Hearing: 2/6/2018 2:00 PM | E-mailed | ☐ Yes ☐ No | |
| Petition Filing Date: 11/27/2017 | Bar Date: 04/11/2018 | No. of Hearings | | |
| Case Number: 17-25844-NVA | | | | |
| Debtor(s) Name: | KEVIN L. MATTHEWS, SR<br>PAMELA D. MATTHEWS | Counsel:<br>Phone nunber<br>1st 341 Date | MORGAN W FISHER ESQUIRE<br>4106266111<br>Jan 11 2018 9:00AM | |
| Cont. 341 Date: 1/1/1900 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Plan # | | Term of Plan: | 60 | Convert from 7<br>☐ YES<br>☐ NO | Conversion Date: |
| Scheduled Monthly | | Payments Due | | Total Plan Payment | $ |