Entered: December 11th, 2019
Signed: December 10th, 2019

**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:  
KEVIN MATTHEWS  
and  
PAMELA MATTHEWS  

**Debtors**

Case No.: 17-25844 NVA  
Chapter: 13  

No. [51]

US BANK TRUST NATIONAL ASSOCIATION as
TRUSTEE OF CHALET SERIES III TRUST

**Movants**

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion for relief from the automatic stay in the above-captioned matter and the absence of any timely opposition, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the motion is GRANTED; and it is further,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is hereby TERMINATED; and it is further,

ORDERED that US Bank Trust National Association as Trustee of Chalet Series III Trust, ("US Bank") is permitted to exercise any and all available contractual, legal, and/or statutory rights it may have – including any right to commence or continue foreclosure or eviction proceedings – related to the subject property; and it is further,

ORDERED that, in the event a subsequent foreclosure sale is consummated and produces a surplus, US Bank shall cause a copy of the Report of Sale and the Auditor's Report filed in connection with such a foreclosure sale to be provided to the Bankruptcy Trustee; and it is further,

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 shall not be reimposed as to the subject property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc: Debtors  
    Attorney for Debtors – Morgan Fisher  
    Case Trustee – Rebecca Herr  
    U.S. Trustee  
    All Counsel  

**End of Order**